441 F.2d 268
 Harry K. WASSOFF, Plaintiff-Appellant,
v.
AMERICAN AUTOMOBILE INSURANCE COMPANY, Defendant-Appellee.
 No. 30923.
 United States Court of Appeals, Fifth Circuit.
 May 4, 1971.
 
 Appeal from the United States District Court for the Northern District of Texas; Joe Ewing Estes, Chief Judge.
 Robert A. Fanning, Harlan Harper, Jr., Fanning & Harper, Dallas, Tex., for plaintiff-appellant.
 Franklin H. Perry, Thompson, Coe, Cousins, Irons & Porter, Dallas, Tex., for defendant-appellee.
 Before O'SULLIVAN*, THORNBERRY and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Senior Circuit Judge, 6th Circuit, sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.